OCTOBER 15, 1962

**No. 67137.**—E. M. Stevens Corp. *v.* United States, protest 61/5512.— ▮▮▮▮ Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, OCTOBER 23, 1962

**No. 67138.**—Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 60/20739, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1962

**No. 67139.**—Kaiser Reismann Corporation *v.* United States, protest 60/17621 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.